# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ERIC JONES, Individually and on Behalf of All Others, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) Case No. 5:19-cv-6166 |
| v. | ) <br> ) |
| TENSION ENVELOPE CORPORATION, | ) Removal from Circuit Court <br> ) of Clinton County, Missouri |
| Defendant. | ) Case No. 19CN-CC00078 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant, Tension Envelope Corporation ("Tension" or "Defendant"), by and through its attorneys, Lathrop Gage LLP, files this Notice of Removal with respect to Case No. 19CN-CC00078, filed in the Circuit Court of Clinton County, Missouri. In support of this Notice, Tension states as follows:

1. On November 25, 2019, Plaintiff Eric Jones filed a purported class action Complaint in the Circuit Court of Clinton County, Missouri, entitled *Eric Jones, Individually and on Behalf of All Others v. Tension Envelope Corporation*, Case No. 19CN-CC00045. True and accurate copies of all process, pleadings, and orders are attached hereto as Exhibit A.

2. On December 2, 2019, Tension received a copy of the Complaint and Summons.

3. In accordance with 28 U.S.C. § 1446(b), Tension filed this Notice of Removal within thirty (30) days of the date on which the Complaint was served.

4. Venue is proper in this district under 28 U.S.C. § 1441(a) because this District and division embrace the place where the action was filed.

5. Written notice of the filing of this Notice of Removal is being delivered to Plaintiff through his counsel of record. A copy of the Notice of Removal will be filed with the Clerk of the Circuit Court of Clinton County, Missouri.

6. Under 28 U.S.C. § 1331, "the district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws or treaties of the United States."

7. Pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction over the instant action because Plaintiff asserts a claim under federal law. In his Complaint, Plaintiff claims that Defendant violated the federal Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. *See* Compl. ¶¶ 1, 8-9, 32-33, 38-44, 58-71.

8. Because Plaintiff asserts a claim under the laws of the United States, this Court has original federal question jurisdiction over Plaintiff's action. Accordingly, removal of Plaintiff's Complaint is proper pursuant to 28 U.S.C. § 1331.

9. By filing this Notice of Removal, Tension does not concede nor waive any defense to this action, including that Plaintiff lacks standing to bring this action and that this Court does not have personal jurisdiction over Defendant as to some or all of the putative class members. Tension reserves all defenses relating to the Court's jurisdiction and the justiciability of this action.

WHEREFORE, Tension respectfully removes this action from the Circuit Court of Clinton County, Missouri, to the United States District Court for the Western District of Missouri.

DATED: December 24, 2019

Respectfully submitted,

By:   */s/ Brian N. Woolley*
Brian N. Woolley (32541)
Jack D. Rowe (22996)
LATHROP GAGE LLP
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108-2618
Telephone: 816-292-2000
Facsimile: 816-292-2001
bwoolley@lathropgage.com
jrowe@lathropgage.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I, Brian N. Woolley, an attorney, certify that I caused a copy of the attached **NOTICE OF REMOVAL** to be served by electronic mail, on December 24, 2019, upon the following counsel of record:

> Charles Jason Brown
> Jayson A. Watkins
> Brown & Watkins LLC
> 301 S. US 169 Hwy
> Gower, Missouri 64454
>
> Attorneys for Plaintiff

*/s/ Brian N. Woolley*
An Attorney for Defendant